# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VELMA WILKERSON AND JAMES
WILKERSON, INDIVIDUALLY AND
ON BEHALF OF AMELIA
WILKERSON

NO. 2025 CW 0458

VERSUS

BATON ROUGE GENERAL MEDICAL
CORPORATION, ET AL

**JULY 28, 2025**

---

In Re: Baton Rouge General Medical Center, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 671298.

---

**BEFORE: THERIOT, LANIER, AND MILLER, JJ.**

**WRIT GRANTED.** The district court's April 22, 2025 order which
denied the Ex Parte Motion to Dismiss on Grounds of Abandonment
filed by defendant, Baton Rouge General Medical Center, is
reversed. An action is abandoned when the parties fail to take
any step in its prosecution or defense in the district court for
a period of three years. La. Code Civ. P. art. 561(A)(1).
Abandonment is self-executing; it occurs automatically with the
passing of three years without a step being taken by either party.
See La. Code Civ. P. art. 561 (A)(1) and (3). Although plaintiff
filed a motion to set a settlement conference on February 18, 2025,
at that time, more than three years had elapsed since the last
step taken in the prosecution or defense of the matter, i.e.
judgment signed on April 21, 2021, notice of which was issued on
April 26, 2021, granting a motion to compel against plaintiffs.
Once abandonment has occurred, action by the plaintiff cannot
breathe new life into the suit. **McNealy v. Englade**, 2019-0573 (La.
App. 1st Cir. 2/21/20), 298 So.3d 182, 186. The motion filed by
defendant, Baton Rouge General Medical Center, included an
affidavit in compliance with La. Code Civ. P. art. 561. We find
the action filed by plaintiffs abandoned on April 26, 2024, at the
latest, by operation of law. Accordingly, the Ex Parte Motion to
Dismiss on Grounds of Abandonment filed by defendant, Baton Rouge
General Medical Center, is granted, and the action of plaintiffs
against defendant, Baton Rouge General Medical Center, is
dismissed without prejudice.

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT